# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TIMOTHY LUCE,

        Plaintiff,

v.                                                CIVIL CASE NO. 05-72961
                                                HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on August 9, 2006, and no objections having been filed thereto,

        **IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED.**

                                                                s/Marianne O. Battani
                                                                MARIANNE O. BATTANI
                                                                UNITED STATES DISTRICT JUDGE

DATED: September 12, 2006

## CERTIFICATE OF SERVICE

A Copy of this Order was mailed to the parties and/or attorneys on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
DEPUTY CLERK
